| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Israel A. Schwartz, Esq.<br>O'HANLON SCHWARTZ, P.C.<br>511 Market Street<br>Camden, NJ 08102<br>Telephone: (267) 546-9066<br>– and –<br>Moshie Solomon, Esq.<br>LAW OFFICES OF MOSHIE SOLOMON, P.C.<br>Two University Plaza, Suite 100<br>Hackensack, New Jersey 07601<br>Telephone: (201) 705-1470 | Order Filed on November 26, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>TANISHA GREEN,<br><br>　　　　　　Debtor. | Case No.: 23-17427<br><br>Chapter: 13<br><br>Hearing Date: November 26, 2024<br><br>Judge: ABA |

# ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

**DATED: November 26, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

1480 S. Maple Drive., Unit C-2, Vineland, NJ 08360


2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.