| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> District of New Jersey | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> Andrew B. Finberg, Esq. <br> Chapter 13 Standing Trustee <br> Cherry Tree Corporate Center <br> 535 Route 38, Suite 580 <br> Cherry Hill, NJ 08002-2977 <br> (856) 663-5002 | Order Filed on December 12, 2024 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> TANISHA I. GREEN | Case No.: 23-17427-ABA <br><br> Hearing Date: December 11, 2024   9:00 am <br><br> Judge: Andrew B. Altenburg, Jr. <br><br> Chapter: 13 |

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: December 12, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to make all required pre-confirmation payments to the Trustee
- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that within 30 days of the date of this order, debtor(s)'s attorney may file a certification with the court, that debtor(s) attorney elected flat fee permitted by D.N.J. LBR 2016-5(b) and seeks balance of attorney's fee from any available funds on hand with the chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.